FILED
SUPERIOR COURT
OF GUAM

2021 JAN 28 PM 2: 19

CLERK OF COURT
BY: _____

## IN THE SUPERIOR COURT OF GUAM

DAVID J. LUJAN,

          Plaintiff,

          vs.

DEBBIE N. QUINATA and
CORY QUINATA,

          Defendants.

DEBRALYNNE S. QUINATA aka
DEBBIE QUINATA and ALLAN A.
QUINATA aka CORY QUINATA.

          Counterclaimants-Crossclaimants,

          vs.

DAVID J. LUJAN,

          Counterdefendant-Crossdefendant.

DEBRALYNNE S. QUINATA aka
DEBBIE QUINATA and ALLAN A.
QUINATA aka CORY QUINATA.

          Third-party Plaintiffs,

          vs.

ANA LUJAN, DAVID E. LEON
GUERRERO, THE ESTATE OF GIL
JUAN LEON GUERRERO, deceased
(PR0042-07), ESTATE OF ROSITA
LEON GUERRERRO deceased
(PR0041-07), JOHN LEON
GUERRERO fka JOHN AGUIGUI,
and JESSE LEON GUERRERO fka

**CIVIL CASE NO. CV1472-07**

**DECISION AND ORDER DENYING
MOTION FOR CONTEMPT**

Decision and Order Denying Motion for contempt
CV1472-07 *David J. Lujan vs. Debbie N. Quinata and Cory Quinata*
Page **2** of **3**

JESSE AGUIGUI, DOES I THROUGH
X, also all other parties, unknown claiming
any right, interest or lien in such lands,
or cloud upon Third-Party Plaintiffs'
title thereto,

                        Third-Party Defendant.

On August 17, 2016 Plaintiff David J. Lujan filed a motion for Contempt and Enforcement of Judgment alleging that the Quinatas maintained encroachment on his property in violation of the Decision and Order issued after trial on this matter. The motion originally came to hearing before the Honorable Judge Elyze Iriarte and taken under advisement on February 2, 2017. Subsequently Defendants Debbie and Cory Quinata through their counsel filed a "non-waiver of Disqualification. For that reason and others the motion was never decided.

The case was eventually assigned to the undersigned as a Judge Pro Tempore, Superior Court of Guam. The parties agreed in open court that the original oral argument along with the documents submitted by the parties should be reviewed by the court.

This court reviewed the pleadings, and the tape of the oral argument. At the hearing before Honorable Judge Elyze Iriarte, the attorney for David Lujan suggested that as a remedy the court could order the encroachments removed by the Quinatas, or it could award David Lujan the cost of removing the encroachments. This court determined that the evidence submitted in support of the motion was not indicative of the current state of the property and should be updated to show what encroachments still exist. In addition the remedy of awarding costs of removal should the encroachments still exist, was more appropriate in this case because of the animosity between the parties and because the removal of the encroachments by the Quinatas

Decision and Order Denying Motion for contempt
CV1472-07 *David J. Lujan vs. Debbie N. Quinata and Cory Quinata*
Page 3 of 3

would require entry on Lujan's property and could result in claims of additional damage to the Lujan property. In this way Lujan could have the removal done to his satisfaction.

On September 14, 2018 this court gave the movant until September 28, 2018 to submit additional proof showing what encroachment if any still existed on the property that could be attributed to the Quinatas and to submit two estimates of what it would cost to remove the encroachments. After several lengthy extensions of time, the Plaintiff failed to file proof of the current condition of the property or estimated costs of removal of the encroachments. On March 13, 2019 Lujan's counsel represented an additional extension of time to submit the evidence and estimates. Counsel represented that the site upon which the encroachments exist could not be viewed because vegetation had overgrown the property and that a permit would have to be obtained by the contractor. No reason was given as to why this was not accomplished within the five months that was given for the submission. The extension of time was denied. Since there was no evidence submitted to the court of the current condition of the property or the cost of removal of encroachments the motion for contempt is Denied.

It is so **ORDERED** this _29th_ day of January 2021

_____
**HONORABLE MARIA G. FITZPATRICK**
Judge Pro Tempore, Superior Court of Guam

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
J MATTER, M. Thompson
Curtis, G Concepcion

Date: _____ Time: 1/28/21
J. Annan

Deputy Clerk, Superior Court of Guam